JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. FALCONE,<br><br>        Plaintiff,<br><br>v.<br><br>VITAMIN SHOPPE INDUSTRIES, INC. and DOES 1 through 20, inclusive,<br><br>        Defendant. | Case No.  SACV07-957 AHS (ANx)<br><br>**ORDER ON STIPULATION DISMISSING ACTION WITH PREJUDICE** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

1.

1       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-captioned action, including all claims for relief set forth therein, shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

Dated: July 14, 2008.        **ALICEMARIE H. STOTLER**
Hon. Alicemarie H. Stotler
Chief United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

2.   Mark Falcone v. Vitamin Shoppe Industries, Inc.
SACV07-957AHS(ANx)